**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THE COSAC FOUNDATION, INC.,
d/b/a The Homeless Voice,

    Plaintiff,                               Case No.: 3:24-cv-303-MMH-MCR

CITY OF LAKE CITY, FLORIDA,

    Defendant.
_____ /

## DEFENDANT'S CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendant, CITY OF ST. LAKE CITY, FLORIDA ("the City"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 3.01, moves the Court for the entry of an order extending the time to respond to the Amended Complaint filed by Plaintiff THE COSAC FOUNDATION, INC. by ten (10) days, up to and including Monday, May 20, 2024, and, in support, states:

    1.    On or about April 18, 2024, Plaintiff filed its First Amended Complaint [Doc. 12] in this Court.

    2.    Plaintiffs served the City with the initial Complaint [Doc. 1] on or about March 28, 2024.

    3.    Defendant's response is due Friday, May 10, 2024.

4. The undersigned requests additional time to brief the Court on recent case law addressing similar arguments and rulings by other courts (decided earlier this month). Additionally, undersigned's work load has been extremely heavy due to the upcoming election and voting rights lawsuits that she is handling, which have required emergency proceedings this week.

5. The City respectfully requests an extension of ten (10) days up to and including Monday, May 20, 2024 to file its response.

6. Pursuant to Local Rule 3.01(g) the undersigned emailed opposing counsel for his position on this extension and opposing counsel consents to the request.

7. No prejudice would result in the granting of this Motion. The granting of this motion would result in a more thorough response to the Amended Complaint and hopefully will be of assistance to the Court in this unique matter.

### Certificate of 3.01(g) Conference

The undersigned communicated with Andrew Udelsman, opposing counsel for his position on this extension and opposing counsel has consented to the request.

**MARKS, GRAY, P.A.**

<u>Susan S. Erdelyi</u>
**Susan S. Erdelyi**
Florida Bar No.  0648965
**Julianna R. Favale**
Florida Bar No.  1032046
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207
Telephone: (904) 398-0900
Facsimile:  (904) 399-8440
serdelyi@marksgray.com
jfavale@marksgray.com
jmcduffie@marksgray.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 9th day of May 2024, I submitted the foregoing document with the clerk for filing with the CM/ECF system which will provide a notice of electronic filing and a copy of the foregoing to the following:

**Ray Taseff, Esquire**
**Dante P. Trevisani, Esquire**
**Andrew Udelsman, Esquire**
Florida Justice Institute, Inc.
40 NW 3rd Street, Suite 200
Miami, Florida 33128
rtaseff@ffi.law
dtrevisani@ffi.law
audelsman@fi.law
*Counsel for Plaintiff*

3

4

   /s/ Susan S. Erdelyi
Susan S. Erdelyi, Esquire