## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

THE COSAC FOUNDATION, INC, )
*d/b/a The Homeless Voice,* )
)
    Plaintiff, )
)
vs. )  Case No. 24-cv-303
)
CITY OF LAKE CITY, FLORIDA, )
)
    Defendant. )
_____)

### Case Management Report

The parties, by and through undersigned Counsel, hereby submit their Case Management Report as follows:

1. **Date and Attendees**

The parties conducted the planning conference by teleconference on 5/14/2024. For Plaintiffs, attorneys Ray Taseff, and Andrew Udelsman appeared. Attorney Susan Erdelyi appeared for Defendant City of Lake City.

2. **Deadlines and Dates**

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 5/31/2024 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 6/21/2024 |
| Plaintiff's deadline for serving expert disclosures under Fed. R. Civ. P. 26(a)(2). | 8/7/2024 |

| | |
|---|---|
| Defendant's deadline for serving expert disclosures under Fed. R. Civ. P. 26(a)(2). | 9/4/2024 |
| Deadline for disclosing any rebuttal expert disclosures. | 9/13/2024 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 10/4/2024 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 10/25/2024 |
| Deadline for participating in mediation. *See* Local Rule. | 11/1/2024 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 2/7/2025 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 2/21/2025 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 3/7/2025 |
| Month and year of the trial term. | 4/1/2025 |

The trial will last approximately 4 days and will be

☒ jury.

☐ non-jury.

## 3. Description of the Action

Plaintiff has filed suit pursuant to 42 U.S.C §1983 claiming that Lake City Ordinance 2022-2220 (the "Ordinance"), both on its face and as applied to Plaintiff, violates its rights under the First Amendment to the U.S. Constitution.

Plaintiff contends that the Ordinance is unconstitutional because it infringes upon Plaintiff's First Amendment right to engage in solicitation on public property.  Plaintiff seeks injunctive relief and damages.

4. **Disclosure Statement**

   ☒  The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

   ☒  The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

   ☐  The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

   ☒  The parties do not consent.

7. **Preliminary Pretrial Conference**

   ☒  The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

   ☐  The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

    ☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

    The parties submit the following discovery plan under Rule 26(f)(2):

    A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

        ☒ Yes.
        ☐ No; instead, the parties agree to these changes: enter changes.

    B. Discovery may be needed on these subjects: all subjects arising out of the amended complaint and any defenses raised.

    C. Discovery should be conducted in phases:

        ☒ No.
        ☐ Yes; describe the suggested phases.

    D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

        ☒ No.
        ☐ Yes; describe the issue(s).

    E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

    F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

        ☒ No.

☐   Yes; describe the stipulation.

## 10. Request for Special Handling

☒   The parties do not request special handling.

☐   The parties request special handling. Specifically, describe requested special handling.

☐   Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

☒   The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

Respectfully submitted,

Andrew Udelsman
Florida Bar No. 1051696
audelsman@floridajusticeinstitute.org
Dante P. Trevisani
Florida Bar No. 72912
dtrevisani@floridajusticeinstitute.org
Ray Taseff
Florida Bar No. 352500
rtaseff@floridajusticeinstitute.org
Florida Justice Institute, Inc.
40 NW 3rd Street
Suite 200
Miami, FL 33128
305-358-2081
305-358-0910 (Fax)

By:   _/s/ Andrew Udelsman_
       Andrew Udelsman

Date:  May 15, 2024

**Attorneys for Plaintiff**

5

Susan S. Erdelyi
Florida Bar No. 0648965
Julianna R. Favale
Florida Bar No. 1032046
1200 Riverplace Blvd., Suite 800
Jacksonville, Florida 32207
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
serdelyi@marksgray.com
jfavale@marksgray.com
jmcduffie@marksgray.com

By: */s/ Susan Erdelyi*

Date:  May 15, 2024

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed today, May 15, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered to receive electronic notifications for this case, including all counsel.

By: */s/Andrew Udelsman*
    Andrew Udelsman